An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES FRANCIS MEEGAN, II,
Petitioner,
vs.
DIRECTOR JAMES G. COX, NDOC;
NEVADA DEPARTMENT OF PUBLIC
SAFETY DIVISION OF PAROLE AND
PROBATION; AND THE STATE OF
NEVADA,
Respondents.

No. 67384

FILED

FEB 1 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER DENYING PETITION

This is a petition for a writ of mandamus, or in the alternative, petition for a writ of prohibition. Petitioner challenges parole revocation proceedings, the decision to return him to Nevada, and the decision to revoke his parole. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. See NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Notably, petitioner previously challenged the parole revocation proceedings and the decision to revoke parole in a petition for a writ of habeas corpus. See Warden v. Meegan, II, Docket No. 66775 (Order of Reversal and Remand, February 11, 2015). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-05240

cc: James Francis Meegan, II
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A